## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | In proceedings under Chapter 11 |
| Debtor, | ) | |
| | ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | Bk. No. 18-30328 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GROUPKLT, INC.; KLT LOGISTICS, INC.; KLT TRANSPORT, LLC; KLT INDUSTRIES, INC.; and JOHN MCKENNA, | ) ) ) ) | Adv. No. 18-03016 |
| Defendants. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

NOW COMES GROUPKLT, INC., by its attorney, Mark A. Bogdanowicz, and Howard & Howard Attorneys PLLC, and states that GROUPKLT, INC. is wholly owned by individuals. Therefore, there are no parent corporations and no public corporation owns any percentage of GROUPKLT, INC.

DATED:  August 3, 2018

Respectfully submitted,

/s/     Mark A. Bogdanowicz
Mark A. Bogdanowicz, ARDC No. 6301322
Attorney for Creditor, Farm Credit Services of America
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
Email: mab@h2law.com

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 3, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

   Steven M. Wallace
   steven.wallace@heplerbroom.com

I also certify that a true and correct copy of the foregoing document was served by First Class United States Mail, postage prepaid, on August 3, 2018, to the following non-CM/ECF participant(s):

**None.**

                        /s/     Mark A. Bogdanowicz
                        Mark A. Bogdanowicz, ARDC No. 6301322
                        Timothy D. Gronewold, ARDC #6296631
                        Howard & Howard Attorneys PLLC
                        211 Fulton Street, Suite 600
                        Peoria, Illinois 61602
                        Telephone: (309) 672-1483
                        Facsimile:  (309) 672-1568
                        Email:  mbogdanowicz@howardandhoward.com
                                 tgronewold@howardandhoward.com

Mark A. Bogdanowicz, ARDC #6301322
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile:  (309) 672-1568