## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | In proceedings under Chapter 11 |
| Debtor, | ) ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | Bk. No. 18-30328 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GROUPKLT, INC.; KLT LOGISTICS, INC.; KLT TRANSPORT, LLC; KLT INDUSTRIES, INC.; and JOHN MCKENNA, | ) ) ) ) | Adv. No. 18-03016 |
| Defendants. | ) ) | |

## CORPORATE OWNERSHIP STATEMENT

NOW COMES KLT LOGISTICS, INC., by its attorney, Mark A. Bogdanowicz, and Howard & Howard Attorneys PLLC, and states that KLT LOGISTICS, INC. is wholly owned by individuals. Therefore, there are no parent corporations and no public corporation owns any percentage of KLT LOGISTICS, INC.

DATED:  August 3, 2018

                                          Respectfully submitted,

                                        /s/      Mark A. Bogdanowicz
                                        Mark A. Bogdanowicz, ARDC No. 6301322
                                        Attorney for Creditor, Farm Credit Services of America
                                        Howard & Howard Attorneys PLLC
                                        211 Fulton Street, Suite 600
                                        Peoria, Illinois 61602
                                        Telephone: (309) 672-1483
                                        Facsimile: (309) 672-1568
                                        Email: mab@h2law.com

**CERTIFICATE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 3, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Steven M. Wallace
steven.wallace@heplerbroom.com

I also certify that a true and correct copy of the foregoing document was served by First Class United States Mail, postage prepaid, on August 3, 2018, to the following non-CM/ECF participant(s):

**None.**

/s/     Mark A. Bogdanowicz
Mark A. Bogdanowicz, ARDC No. 6301322
Timothy D. Gronewold, ARDC #6296631
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile:  (309) 672-1568
Email:  mbogdanowicz@howardandhoward.com
         tgronewold@howardandhoward.com

Mark A. Bogdanowicz, ARDC #6301322
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile:  (309) 672-1568