## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | In proceedings under Chapter 11 |
| Debtor, | ) | |
| | ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | Bk. No. 18-30328 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GROUPKLT, INC.; KLT LOGISTICS, INC.; KLT TRANSPORT, LLC; KLT INDUSTRIES, INC.; and JOHN MCKENNA, | ) ) ) ) | Adv. No. 18-03016 |
| Defendants. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

NOW COMES KLT TRANSPORT LLC., by its attorney, Mark A. Bogdanowicz, and Howard & Howard Attorneys PLLC, and states that KLT TRANSPORT LLC. is wholly owned by individuals. Therefore, there are no parent corporations and no public corporation owns any percentage of KLT TRANSPORT LLC.

DATED:  August 3, 2018

Respectfully submitted,

/s/     Mark A. Bogdanowicz
Mark A. Bogdanowicz, ARDC No. 6301322
Attorney for Creditor, Farm Credit Services of America
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
Email: mab@h2law.com

**CERTIFICATE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 3, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

   Steven M. Wallace
   steven.wallace@heplerbroom.com

I also certify that a true and correct copy of the foregoing document was served by First Class United States Mail, postage prepaid, on August 3, 2018, to the following non-CM/ECF participant(s):

**None.**

          /s/     Mark A. Bogdanowicz
          Mark A. Bogdanowicz, ARDC No. 6301322
          Timothy D. Gronewold, ARDC #6296631
          Howard & Howard Attorneys PLLC
          211 Fulton Street, Suite 600
          Peoria, Illinois 61602
          Telephone: (309) 672-1483
          Facsimile:  (309) 672-1568
          Email:  mbogdanowicz@howardandhoward.com
                  tgronewold@howardandhoward.com

Mark A. Bogdanowicz, ARDC #6301322
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile:  (309) 672-1568