# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | In proceedings under Chapter 11 |
| Debtor, | ) ) | |
| NATURE'S SECOND CHANCE HAULING, LLC, | ) ) | Bk. No. 18-30328 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GROUPKLT, INC.; KLT LOGISTICS, INC.; KLT TRANSPORT, LLC; KLT INDUSTRIES, INC.; and JOHN MCKENNA, | ) ) ) ) | Adv. No. 18-03016 |
| Defendants. | ) ) | |

## CORPORATE OWNERSHIP STATEMENT

NOW COMES KLT INDUSTRIES, INC., by its attorney, Mark A. Bogdanowicz, and Howard & Howard Attorneys PLLC, and states that KLT INDUSTRIES, INC. is wholly owned by individuals. Therefore, there are no parent corporations and no public corporation owns any percentage of KLT INDUSTRIES, INC.

DATED:  August 3, 2018

Respectfully submitted,

/s/      Mark A. Bogdanowicz
Mark A. Bogdanowicz, ARDC No. 6301322
Attorney for Creditor, Farm Credit Services of America
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
Email: mab@h2law.com

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 3, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

   Steven M. Wallace
   steven.wallace@heplerbroom.com

I also certify that a true and correct copy of the foregoing document was served by First Class United States Mail, postage prepaid, on August 3, 2018, to the following non-CM/ECF participant(s):

**None.**

                            /s/   Mark A. Bogdanowicz
                            Mark A. Bogdanowicz, ARDC No. 6301322
                            Timothy D. Gronewold, ARDC #6296631
                            Howard & Howard Attorneys PLLC
                            211 Fulton Street, Suite 600
                            Peoria, Illinois 61602
                            Telephone: (309) 672-1483
                            Facsimile:  (309) 672-1568
                            Email:  mbogdanowicz@howardandhoward.com
                                       tgronewold@howardandhoward.com

Mark A. Bogdanowicz, ARDC #6301322
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile:  (309) 672-1568

4829-9338-9679, v. 1